**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LUCIA GARCIA,                          ) | Case No. CV 05-7159-MLG |
|                              ) | |
|         Plaintiff,           ) | JUDGMENT |
|                              ) | |
|         v.                   ) | |
|                              ) | |
| JO ANNE B. BARNHART, etc.,   ) | |
|                              ) | |
|         Defendant.           ) | |
| _____) | |

   **IT IS ADJUDGED** that this action is remanded to Defendant for award of benefits.

DATED: June 26, 2006          */s/ Marc L. Goldman*

                              _____
                              Marc L. Goldman
                              United States Magistrate Judge